AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court
### Central District of Illinois

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649, <br><br> Plaintiff, <br><br> vs. <br><br> KAUFFMAN EARTHMOVING, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) CASE NO.: ) ) ) ) ) |

**TO:** (Name and Address of Defendant)

**Ms. Jennifer Kauffman**, Registered Agent
Kauffman Earthmoving, Inc.
Rural Route 2, Box 91
Danvers, IL 61732

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY (name and address):

David W. Stuckel, Esq.
Harvey & Stuckel, Chtd.
331 Fulton Street, Suite 900
Peoria, Illinois 61602

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/ John M. Waters          10/8/04
**CLERK**                  **DATE**

s/ C. Douglas
**BY DEPUTY CLERK**

F:\Tammy\ERISA\16046L\Summons.wpd