Annuity Plan of the IUOE Local 649
VS

Case Number: NE04-1349

| | |
|---|---|
| **COURT PAPER TYPE :** Summons | |
| **COURT PAPER SUMMARY:** -KAUFFMAN EARTHMOVING, INC (JENNIFER KAUFFMAN, REGISTERED AGENT) | |
| **COURT PAPER STATUS:** Completed | |

**Individual Summary:** KAUFFMAN EARTHMOVING, INC (JENNIFER KAUFFMAN, REGISTERED AGENT) RR 2 BOX 91 DANVERS IL 61732
**Individual Return / Service Status:** Served

Corporation Served this writ this __03__ day of __November__, __2004__,
by ~~reading it to the within named~~ __Keith Kauffman~~ Owner__.

Served Sex: __M__    Served Race: __    Served DOB: __11-04-1942__

Comment: __Corporation service @ 14435 N 150 East Rd., Danvers, IL__
Service, . . . . . . . . . . . . . . . . $ __30.00__
Miscellaneous Fees:



_____ SHERIFF

__24__ miles necessary travel from Law and Justice Center to place of service
of within named person and return,

$ __.50__ per mile . . . . . . . . . . $ __12.00__ By __MCSP DEPUTY SHERIFF GLEN WAGNER - ID # 6728__

Return . . . . . . . . . . . . . . . . $ __8.00__

TOTAL . . . . . . . . . . . . . . . . $ __50.00__

ATTACHMENTS:

*This is the original return of service.*
*This is not a bill.*

206604

Page 1   of 1

NOV 0 8 2004