E-FILED
Tuesday, 07 December, 2004  04:27:40 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO.: 04-1349 ) |
| KAUFFMAN EARTHMOVING, INC., | ) ) |
| Defendant. | ) |

## MOTION FOR DEFAULT AND ENTRY OF JUDGMENT

NOW COMES the Plaintiff, **Annuity Plan of the International Union of Operating Engineers Local No. 649**, by its attorney, David W. Stuckel, and moves that the Court find the Defendant, **Kauffman Earthmoving, Inc.**, in default on the Complaint of the Plaintiff and in support thereof, states the following:

1.  By return of service made by the Sheriff of McLean County, or his duly authorized agent, a copy of the Summons and Complaint was served upon an agent of the Defendant on November 3, 2004.

2.  More than twenty (20) days has elapsed since service was effected upon the Defendant and no pleading, defense or other appearance has been made by the Defendant in this cause.

3.  The Defendant stands in default and the Court may enter an Order of Default and Entry of Judgment in favor of the Plaintiff and against the Defendant.

WHEREFORE, the Plaintiff, **Annuity Plan of the International Union of Operating Engineers Local No. 649**, prays as follows:

A. That the Court enter a Default against the Defendant, **Kauffman Earthmoving, Inc.**, and in favor of the Plaintiff, **Annuity Plan of the International Union of Operating Engineers Local No. 649**.

B. That pursuant to said Default, the Clerk enter Judgment in favor of Plaintiff and against Defendant as follows:

1. Judgment in the amount of Three Thousand Two Hundred Fifty-one and 15/100 Dollars ($3,251.15) consisting of Two Thousand Seven Hundred Nine and 29/100 Dollars ($2,709.29) in contributions due to Plaintiff for the period of September 2000 to June 2003 and Five Hundred Forty-one and 86/100 Dollars ($541.86) in liquidated damages thereon.

2. An Order requiring payment of Plaintiff's reasonable attorneys' fees and costs incurred in the prosecution of this action in the amount of $1,080.00, as is further set forth in the Affidavit of Counsel attached hereto as Exhibit "1".

        **Annuity plan of the International Union of Operating Engineers Local 649**, Plaintiff

By:   s/ David W. Stuckel
       DAVID W. STUCKEL

**HARVEY & STUCKEL, Chtd.**
331 Fulton Street, Suite 900
Peoria, Illinois  61602
Telephone:  (309) 671-4900

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO.: 04-1349<br>) |
| KAUFFMAN EARTHMOVING, INC., | )<br>)<br>) |
| Defendant. | ) |

### AFFIDAVIT OF DAVID W. STUCKEL

Now comes the Affiant, **David W. Stuckel**, attorney of record for the Plaintiff herein, and having first been duly sworn on his oath, says and deposes as follows:

1. This Affidavit is made in support of a request for attorney's fees and costs in favor the Plaintiff and against the Defendant herein.

2. The Defendant was not in military service on the date he was served with the Summons and Complaint in the captioned matter, and I am aware of no facts which would lead me to believe that the Defendant has entered the military service since that date. Further, I am aware of no facts which would lead me to believe that the Defendant is an infant or that the Defendant is incompetent.

3. Attached hereto is an itemized statement of Plaintiff's counsel's fees and costs incurred in the prosecution of this suit.

4. I certify that the bill attached represents hours of time worked by

**Exhibit 1**

Plaintiff's counsel in this cause and that the statement of costs is an accurate statement of the monies expended in the pursuit of this lawsuit.

5. The amounts shown as attorney's fees are based on the number of hours worked at **One Hundred Sixty Dollars** ($160.00) per hour, which is the fee customarily charged by this firm to the Plaintiff for collection work pursuant to the provisions of the Employee Retirement Income Security Act of 1974, as amended.

**FURTHER AFFIANT SAYETH NOT.**

s/ David W. Stuckel<br>DAVID W. STUCKEL

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF PEORIA    )

I, **David W. Stuckel**, after first being duly sworn, upon oath, state and depose that I am the Affiant who signed the foregoing Affidavit; that I have read and understand same; and that I believe the same to be true and correct to the best of my memory, knowledge and ability.

s/ David W. Stuckel<br>DAVID W. STUCKEL

Subscribed and Sworn to before me this 7th day of December, 2004.



s/ Tammy Lynn Fortier
NOTARY PUBLIC

**HARVEY & STUCKEL, Chtd.**
331 Fulton Street, Suite 900
Peoria, IL 61602
Telephone: (309) 671-4900

2

Re: Annuity Plan of the International Union of Operating Engineers Local
No. 649 v. Kauffman Earthmoving, Inc.
Case No. 04-1349
Our File No. 16046L

### STATEMENT FOR SERVICES RENDERED

| Date | Description | HOURS |
|---|---|---|
| 06/03/04 | Letter to Defendant | .30 |
| 06/23/04 | Prepare Promissory Note | .90 |
| 07/07/04 | Letter to Bob Redding | .30 |
| 09/14/04 | Letter to Defendant | .30 |
| 10/04/04 | Preparation of Complaint | 1.10 |
| 10/08/04 | Preparation of Summons and Civil Sheet | .50 |
| 11/12/04 | Letter to Terry Bobell | .30 |
| 11/12/04 | Letter to Defendant | .30 |
| 12/07/04 | Preparation of Motion and Order of Default | 1.00 |
| 12/07/04 | Preparation of Attorney's Affidavit | .50 |

**TOTAL HOURS**      5.50

**550 hrs @ $160.00 per hour**      **$880.00**

**COSTS ADVANCED:**
Clerk, USDC - filing fee      $150.00
Sheriff, McLean Co. - service fee      50.00

**TOTAL COSTS:**      **$200.00**

**TOTAL DUE AND OWING:**      **$1,080.00**