**E-FILED**
Tuesday, 07 December, 2004  04:28:11 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649,     )<br>    )<br>    )<br>    )<br>    )<br>Plaintiff,     )<br>    )<br>vs.     )<br>    )<br>KAUFFMAN EARTHMOVING, INC.,     )<br>    )<br>Defendant.     ) | CASE NO.:  04-1349 |

## ORDER

On Motion of Plaintiff, **Annuity Plan of the International Union of Operating Engineers Local No. 649**, for entry of an Order of Default and Judgment, it appearing to the Court that Defendant has not pled or otherwise appeared following service of the Summons and Complaint in the captioned cause, the Court finds as follows:

1.    By return of service made by the Sheriff of McLean County, or his duly authorized agent, a copy of the Summons and Complaint was served upon an agent of the Defendant on November 3, 2004.

2.    More than twenty (20) days has elapsed since service was effected upon the Defendant, and Defendant has not pled or otherwise appeared in this cause.

3.    Defendant stands in default on the Complaint of the Plaintiff.

**IT IS HEREBY ORDERED:**

A.    An Order of Default is entered against the Defendant on the Plaintiff's Complaint for money damages.

B.    The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of Three Thousand Two Hundred Fifty-one and 15/100 Dollars ($3,251.15) as and for contributions and liquidated damages known to be due Plaintiff from Defendant for the period of September 2000 to June 2003.

C.    The Clerk is directed to enter judgment for Plaintiff's reasonable attorneys' fees and costs in the amount of One Thousand Eighty and 00/100 ($1,080.00) Dollars.

DATED:_____          _____

                                                            JUDGE