AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

ANNUITY PLAN OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS
LOCAL NO. 649

      vs.                  Case Number: **04-1349**

**KAUFFMAN EARTHMOVING, INC.**

☐ **DECISION BY THE COURT**.  This action came before the Court.  The issues have been plead and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that default judgment is entered in favor of Plaintiff and against Defendant in the amount of $3,251.15 for contributions and liquidated damages, plus $1,080.00 for attorney fees and costs.

                        ENTER this 3rd day of January, 2005.

                            s/John M. Waters
                        JOHN M. WATERS, CLERK

                            s/C. Lambie
                        _____
                          BY:  DEPUTY CLERK